

August 3, 2018

Honorable Diane Davis
United States Bankruptcy Court
Northern District of New York
Alexander Pirnie U.S.
Courthouse and Federal Building
10 Broad Street
Utica, New York 13501

        **Debtors:**    **Todd L. Payne and Shannon L. Payne**
        **Case No.:**   **12-61259 -6-dd**
        **Chapter:**    **13**
        **Property Address: 500 County Highway 113, Northville, NY 12134**

Dear Judge Davis,

      This firm represents Seterus, Inc., as servicer for Federal National Mortgage Association, a secured creditor of the above-named Debtors. On January 4, 2018 a Loss Mitigation Order was entered by this Court. The next Loss Mitigation Conference is scheduled for August 21, 2018 at 11:30 AM. We respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding.

      At this time, our client confirmed receipt of all three trial modification payments and has also generated the permanent Loan Modification documents. A copy of the modification was provided to Debtor's Counsel via Email and regular mail. Once Debtors have reviewed, they should return the executed wet ink original to our client.

      Thank you for your consideration. Please do not hesitate to contact me with any questions you may have regarding the matter.

                                              Respectfully,

                                             /s/ *Stephani A. Schendlinger*
                                             Stephani A. Schendlinger, Esq.
                                             RAS Boriskin, LLC

cc: Jason A. Brott, Esq. (Via ECF)
    John B. Robeson, Esq. (Via ECF)