So Ordered.

Signed this 17 day of September, 2018.

                           Diane Davis
              United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Todd L. Payne and Shannon L. Payne

                       Case No. 12-61259
                       Chapter 13

              Debtor(s).

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

Name of Creditor: Seterus, Inc.

Property Address: 500 County Highway 113, Northville, NY 12134

Last Four Digits of Account Number of Loan: 2079

Filing Date of Loss Mitigation Request: 12/14/17

Date of Entry of Loss Mitigation Order: 01/03/18

Other Requests for Loss Mitigation in this Case: Yes _____      No ✓

      The use of the Court's Loss Mitigation Program Procedures has resulted in the following

*[please check appropriate box below]*:

✓     Creditor granted a loan modification

☐     Debtor[1] rejected Creditor's offer of a loan modification

☐     Creditor and Debtor were unable to reach an agreement

---

[1] In joint cases, use of the term "Debtor" shall be read as referring to both Debtors.

(LM 12 Order Terminating & Final Rpt. 03-15-2016)

☐ Debtor surrendered the real property

☐ Creditor agreed to a short sale

☐ Loss Mitigation was terminated due to Debtor's voluntary dismissal of the case

☐ Loss Mitigation was terminated because the case was involuntarily dismissed

☐ Other - Loss Mitigation was terminated for the following

reason(s):_____

_____

_____

NOW, based upon the foregoing, it is hereby

**ORDERED,** that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

###